JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRM JEWELRY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOUSA SHANS an individual dba Oro Star and dba Shans Jewelry; LA. SHANS JEWELRY, INC., a California corporation dba Oro Star and dba Shans Jewelry and DOES 1 to 10, inclusive,<br><br>Defendants.<br>_____.<br><br>MOUSA SHANS, an individual and LA. SHANS JEWELRY, INC., a California Corporation, dba SHANS JEWELRY and ORO STAR,<br><br>Counterclaimants<br><br>vs.<br><br>MRM JEWELRY, INC., a California Corporation,<br><br>Counterdefendant. | **Case No. CV08-06900 GAF (MANx)**<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO PURSUANT TO FED. R. CIV. P. 41(a)** |

1

**ORDER**

1 | Pursuant to the stipulation between the parties, this action, inclusive of
2 | the complaint and all counterclaims, is hereby Ordered Dismissed in its entirety
3 |
4 | without prejudice pursuant to Federal Rule of Civil Procedure 41(a). The parties
5 | shall bear their own costs, attorneys' fees and experts' fees.
6 |
7 | IT IS SO ORDERED.
8 |
9 | Dated: September 15, 2009        By: *[signature: Gary Fees]*
10 |                                      Hon. Gary Allen Fees
11 |                                      United States District Court Judge

2

**ORDER**